UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-04024-Sanchez

UNITED STATES OF AMERICA,

v.

MIGUEL ANGEL PEREZ-ABAD and
LUIS MANUEL GARCIA-CASTILLO,

Defendants,
_____/

FILED BY ___dgj___ D.C.
Oct 19, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ *Yvonne Rodriguez-Schack*
YVONNE RODRIGUEZ-SCHACK
Assistant United States Attorney
Florida Bar No. 794686
99 N.E. 4th Street
Miami, FL 33132
Tel. No. 305.961.9014
E-mail: Yvonne.Rodriguez-Schack@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MIGUEL ANGEL PEREZ-ABAD and<br>LUIS MANUEL GARCIA-CASTILLO,<br>Defendant(s) | Case No. 23-mj-04024-Sanchez |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __October 8, 2023__, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).<br><br>Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

Th complaint is based on these facts:

### SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Megan Jones*
Complainant's signature

DEA SA Megan H. Jones
Printed name and title
(No. 505025)

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: October 19, 2023

*Judge's signature*

City and state: Miami, Florida

Hon. Eduardo I. Sanchez, United States Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Megan H. Jones, being duly sworn, hereby depose and state the following:

1. I am employed as a Special Agent with the Drug Enforcement Administration (DEA) since July 2023. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge, as well as, information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against MIGUEL ANGEL PEREZ-ABAD and LUIS MANUEL GARCIA-CASTILLO for conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. On or about October 8, 2023, a maritime patrol aircraft detected a go-fast vessel (GFV) operating approximately 130 nautical miles South of Isla Beata, Dominican Republic. The GFV had two individuals on board (POB), one outboard motor, multiple fuel barrels and packages

visible on deck, and displayed no indicia of nationality. The United States Coast Guard ("USCG") Cutter VIGILANT, which was in the area, was diverted to interdict and investigate. USCG District 7 granted a Statement of No Objection to conduct a Right of Visit boarding. The VIGILANT launched their Over the Horizon small boat (OTH), along with a boarding team, and their Cutter Boat Large (CBL) to interdict. The OTH arrived on scene and gained positive control of the GFV with no use of force tactics employed. There were two individuals on board who identified themselves as Miguel Angel PEREZ-ABAD and Luis Manuel GARCIA-CASTILLO, both Dominican nationals. When asked, PEREZ-ABAD identified himself as the master and made a claim of Dominican nationality for the vessel. Based on PEREZ-ABAD's verbal claim, the Government of the Dominican Republic was contacted and responded that they could not confirm nor deny the nationality of the vessel. Consequently, the vessel was treated as a vessel without nationality, and therefore, subject to the jurisdiction of the United States. A full law enforcement boarding followed.

4. The boarding team recovered a total of fourteen (14) bales. A field test of the content of the bales proved positive for cocaine. The approximate at sea weigh of the cocaine was 517 kilograms. The two individuals, along with the bales of cocaine, were transferred to the VIGILANT.

5. Based on the foregoing facts, I submit that probable cause exists to believe that MIGUEL ANGEL PEREZ-ABAD and LUIS MANUEL GARCIA-CASTILLO conspired to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

MEGAN H. JONES
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 19th day of October, 2023.

EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

3